Lynn Hubbard III, SBN 69773
Scottlynn J Hubbard IV, SBN 212970
**DISABLED ADVOCACY GROUP, APLC**
12 Williamsburg Lane
Chico, CA 95926
Telephone: (530) 895-3252
Facsimile: (530) 894-8244

Attorneys for Plaintiff Robert Dodson

Marc Koenigsberg, SBN 204265
GREENBERG TRAURIG, LLP
1201 K Street, Suite 1100
Sacramento CA 95814
Telephone: (916) 442-1111
Facsimile: (916) 448-1709

Attorney for Defendant M. K. & A., LLC
dba Casa Ramos Mexican Restaurant

THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Robert Dodson,<br><br>    Plaintiff,<br><br>    vs.<br><br>M. K. & A., LLC dba Casa Ramos Mexican Restaurant, *et al.*,<br><br>    Defendants. | Case No. 2:12-cv-00073-GEB-KJN<br><br>STIPULATION FOR AN ORDER GRANTING LEAVE TO DEFENDANT M. K. & A., LLC TO AMEND ITS ANSWER |

In light of plaintiff's motion to strike affirmative defenses (Document No. 12) from Defendant M. K. & A, LLC's ("M. K. & A.") answer (Document No. 7), plaintiff's counsel and M. K. & A.'s counsel have met and conferred, and have agreed to stipulate to the Court issuing an order granting M. K. & A. leave to amend its answer, pursuant to FRCP, rule 15(a)(2).  M. K. & A.'s proposed amended answer is attached to this stipulation as Exhibit A.  Assuming the Court approves and issues the desired order, plaintiff will withdraw his motion.

Dated: April 25, 2012			DISABLED ADVOCACY GROUP, APLC


					/s/ Daniel Watts (as authorized on 4/25/12)
					Lynn Hubbard III, Esq.
					Daniel Watts, Esq.
					Attorney for Plaintiff Robert Dodson

Dated: April 25, 2012			GREENBERG TRAURIG, LLP


					/s/Marc B. Koenigsberg
					Marc B. Koenigsberg, Esq.
					Attorney for Defendant M. K. & A., LLC
					dba Casa Ramos Mexican Restaurant


# ORDER

Defendant M. K. & A., LLC is granted leave to amend its answer which must be filed within 7 calendar days of the date of this order.

Date: 4/26/2012

					_____
					GARLAND E. BURRELL, JR.
					United States District Judge